SOUTHERN RAILWAY COMPANY *v.* HAGAN.

FISH, J. 1. The law requiring service of a summons of garnishment directed to a corporation to be made upon "the agent in charge of the office or business of the corporation in the county or district at the time of service," it follows that the return of an officer, merely stating that he had served a named railway company with a summons of garnishment "by serving [a designated person], supt., personally" therewith, without describing this person as the agent in charge of the office or business of the company, in the county or district wherein the service was made, will not afford a basis for entering a judgment against the company for failure to answer. Civil Code, §4710; *Hargis* v. *Railway Co.,* 90 *Ga.* 42.

2. This court can not take judicial cognizance of the nature of the duties required of the superintendent of a railway company in any particular town or city. *Judgment reversed.. All concurring, except Cobb, J., disqualified.*

Argued December 14, — Decided December 21, 1897.

Petition for certiorari. Before Judge Lumpkin. Fulton county. June 23, 1897.

*Dorsey, Brewster & Howell* and *Arthur Heyman,* for plaintiff in error. *Alexander & Victor Smith,* contra.